UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mark A. Bean</u>

    v.          Case No. 04-cv-165-SM

<u>Jo Anne B. Barnhart, Commissioner</u>
<u>Social Security Administration</u>

<u>O R D E R</u>

Judgment for the plaintiff shall be entered in accordance with the decision of the Administrative Law Judge dated July 28, 2005.

SO ORDERED.

October 12, 2005

               Steven J. McAuliffe
               Chief Judge

cc: Raymond J. Kelly, Esq.
   David L. Broderick, Esq.